CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 2 8 2011

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| **DONNA HINCHER,** ) | |
| ) | |
| ) | Case No. 2:10CV00032 |
| Plaintiff, ) | |
| ) | **FINAL JUDGMENT** |
| v. ) | |
| ) | By: James P. Jones |
| **COMMISSIONER OF SOCIALSECURITY,** ) | United States District Judge |
| ) | |
| Defendant. ) | |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER:   March 28, 2011

_____
United States District Judge